UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 OCT 11 AM 11:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA
(Small Business Administration)
    Plaintiff

CIVIL NO. 98-1791 (PG)

FORECLOSURE OF MORTGAGE

v.

RUBEN HERNANDEZ CASUL, VIRGINIA
HERNANDEZ DE LEON and the
conjugal partnership constituted
by both (d/b/a) EBANISTERIA
RUBEN, INC.)
    Defendants

### ORDER FOR CANCELLATION OF LIS PENDENS

Upon motion by the plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real estate property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of Property of Caguas II, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

> RUSTICA: Solar radicado en el Barrio Mamey de Juncos, con una cabida superficial de MIL NOVECIENTOS OCHENTA PUNTO OCHENTA Y CUATRO CUADRADOS (1980.84 m.c.). En lindes, por el Norte, en cuarenta y nueve punto treinta metros (49.30 m) con la carretera novecientos treinta y tres (933); por el Sur, en cincuenta punto sesenta y un metros (50.61 m.) con terrenos de la Sucesión de Dolores Carrión, hoy Víctor Díaz; por el Este en treinta y nueve punto sesenta y tres metros (39.63 m.) con finca principal, hoy María González; y por el Oeste, en treinta y nueve punto sesenta y tres metros (39.63 m.) con Cecilio Hernáncez.
>
> La antes descrita propiedad surge de la agrupación de dos fincas inscritas, a saber: Finca número cinco mil

USA v. Ruben Hernandez Casul, et al
Civil No. 98-1791(PG)
Page 2

novecientos cuarenta y tres (5,943), inscrita al folio ciento cuarenta y ocho (148) del tomo ciento cincuenta y cinco (155) de Juncos; y finca número seis mil seiscientos dos (6,602), inscrita al folio dos (2) del tomo ciento setenta y cuatro (174) de Juncos, Registro de la Propiedad de Caguas.

Lis Pendens recorded at the Property Registry of Caguas II, at page 371, entry 276, upon the property subject of this action.

Given at San Juan, Puerto Rico, this 10th day of October, 2001.

_____
UNITED STATES DISTRICT JUDGE