UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Small Business Administration)<br><br>    Plaintiff<br><br>        v.<br>RUBEN HERNANDEZ CASUL, VIRGINIA<br>HERNANDEZ DE LEON and the<br>Conjugal partnership constituted<br>by both (d/b/a EBANISTERIA<br>RUBEN, INC.)<br><br>    Defendants | CIVIL NO.  98-1791(PG)<br><br>FORECLOSURE OF MORTGAGE |

MOTION FOR LEAVE TO WITHDRAW AS LEGAL COUNSEL

TO THE HONORABLE COURT:

Comes Now, Assistant U.S. Attorney Lisa E. Bhatia Gautier, plaintiff's counsel in the above captioned case, who respectfully states and prays:

1. The Small Business Administration has recently advised the undersigned of commercial and banking reasons that impede the undersigned to continue as their counsel in this case. For that reason, leave of court is hereby requested.

2. The undersigned has complied with Canon 20 of the Puerto Rico Code of Professional Responsibility, informing plaintiff of the case status and the need to secure legal representation; and has made available the record files of this case.

U.S. v. Ruben Hernandez Casul, et als
Civil No. 98-1971(PG)
page 2

3. The present address of plaintiff is:

   Citibank Tower, 2nd Floor
   Hato Rey, San Juan, Puerto Rico 00918

4. In order to allow plaintiff to secure legal representation in this case and to notify this Honorable Court, it is requested that thirty(30) days be granted.

**WHEREFORE**, it is respectfully requested that this Honorable Court allow the undersigned counsel to withdraw as legal counsel of the Small Business Administration in this case and grant plaintiff a thirty (30) days period to notify new legal counsel.

Respectfully Submitted.

In San Juan, Puerto Rico, this 28TH day of September, 2005.

H.S. GARCIA
United States Attorney

S/LISA E. BHATIA GAUTIER
LISA E. BHATIA GAUTIER
Assistant U.S. Attorney
U.S.D.C. NO. 203307
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, Puerto Rico 00918
Tel. (787)766-5656
Fax. (787) 766-6219