UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Small Business Administration) now, Beal Service Corporation, servicing Agent For LPP Mortgage, LTD | Civil No. 98-1791(PG)<br><br>Collection of Monies and Ordinary Foreclosure of Mortgage Note |
| Plaintiff | |
| v. | |
| RUBEN HERNANDEZ CASUL, VIRGINIA HERNANDEZ DE LEON and the Conjugal Partnership constituted by both (d/b/a Ebanistería Rubén) | |
| Defendants | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**To The Honorable Court:**

Comes now, Plaintiff, through its undersigned counsel, and respectfully alleges and prays:

1. The appearing attorney will be representing plaintiff in the present proceeding.

2. That the undersigned counsel's address is as follows:

JOSE A. PEREZ FERRARI
Condominio El Centro I, Suite 211-214
Hato Rey, P.R. 00918
Telephone Number: 787-756-6600
Fax Number: 787-764-8023

U.S. v. Ruben Hernandez Casul
Civil No. 98-1791(PG)
Page 2

Wherefore, plaintiff respectfully request from this Honorable Court to accept the undersigned as new legal counsel in the present action and to order de Clerk of this Court to send all further notices and pleadings to the above address.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, on this 12th day of December 2005.

JOSE A. PEREZ FERRARI
USDC NO. 114613
Condominio El Centro I, Suite 211-214
500 Muñoz Rivera Ave.
Hato Rey, Puerto Rico  00918
Telephone Number 787-756-6600
Fax Number 787-764-8023