UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

December 22, 2005

Jose A. Perez-Ferrari, Esq.
Cond. El Centro I, Suite 211-214
500 Munoz Rivera Ave.
Hato Rey, PR  00918

RE:   Civil No. 98-1791 (PG)
      USA vs. Ruben Hernandez Casul, et al.

Dear Mr. Perez-Ferrari:

You are an attorney of record in the above-referenced case, assigned within the U.S. District Court for the District of Puerto Rico's Case Management/ Electronic Case Files System.

Our records indicate that you have not:

_____ Been admitted to practice before this court as required by P. R. Local Rule 83.1.

___✓___ Registered for the CM/ECF System, as required by the"Manual for Civil & Criminal Cases - Administrative Procedure for Filing, Signing & Verifying Pleadings and Papers by Electronic Means" in the United States District Court for the District of Puerto Rico.

___✓___ Complied with Standing Order No. 1, indicating that filings, both civil and criminal, are to be accomplished electronically. We encourage you to visit our website at www.prd.uscourts.gov for the necessary forms in order to comply with the established procedures. Pursuant to the Standing Order above, the referenced case was assigned to the Electronic Case Filing System. However, you have not filed electronically as directed therein. Future non-electronic filings may result in the issuance of an Order to Show Cause for appropriate action by the assigned Judge.

If you have already submitted the forms or taken the action required above, please disregard this letter. If you have any questions or concerns, please do not hesitate to contact our office.

Sincerely,

FRANCES RIOS DE MORAN, ESQ.
Clerk of Court

*Nivea L. Ocasio*

Nivea L. Ocasio
Deputy Clerk