IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Small Business Administration), now Beal Service Corporation, servicing agent for LPP Mortgage, LTD<br><br>    Plaintiff<br><br>    Vs.<br><br>RUBEN HERNANDEZ CASUL, VIRGINIA HERNANDEZ DE LEON, and the LEGAL CONJUGAL PARTNERSHIP constituted by both, d/b/a Ebanistería Rubén<br><br>    Defendants | CIVIL NO 98-1791 (PG)<br><br><br>Collection of Monies and Ordinary Foreclosure of Mortgage Note |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT**:

**COMES NOW** Plaintiff, through the undersigned attorneys, and respectfully states and requests:

The undersigned attorneys have been retained by Beal Services Corporation to defend and represent its interests in all proceedings pending before this Honorable Court.

**WHEREFORE**, it is respectfully requested from this Honorable Court to accept the undersigned as new legal counsel for Plaintiff in the captioned case and that all future notices addressed to Plaintiff be served upon the undersigned attorneys.

**RESPECTFULLY SUBMITTED**. In San Juan, on December 7, 2006.

-1-

**I HEREBY CERTIFY,** that on this date I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

all the attorneys of record.

**CARLOS R. SOSA PADRO LAW OFFICE**
PO Box 191682
San Juan PR 00919-1682
Tel: (787) 250-0081
Fax: (787) 250-0078
Email: crsplaw@prtc.net


S/Carlos R. Sosa Padró

CARLOS R. SOSA PADRÓ
USDC-PR #205112


S/Jenaro A. Medina Rosario

JENARO A. MEDINA ROSARIO
USDC-PR #214407