IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> (Small Business Administration) <br> now, Beal Service Corporation, <br> servicing agent for LPP Mortgage, <br> LTD, <br><br> Plaintiff, <br><br> v. <br><br> RUBEN HERNANDEZ CASUL, <br> VIRGINIA HERNANDEZ DE LEON, and <br> the LEGAL CONJUGAL PARTNERSHIP <br> constituted by both, b/b/a <br> Ebanistería Rubén, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL NO. 98-1791 (P.G.) <br><br><br><br><br><br> COLLECTION OF MONIES AND <br> ORDINARY FORECLOSURE OF <br> MORTGAGE NOTE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REPORT OF SPECIAL MASTER UPON SALE ON FORECLOSURE
================================================

1. In accordance with the provisions of the Judgement herein, and the Order of execution in this case the undersigned Special Master set the date and hour for the public sale of the property referred to in said Judgement and Order.

2. Notices of said sale were published in the newspaper "El Vocero de Puerto Rico" of this City of San Juan, Puerto Rico, on the dates shown on the affidavit of publication of said newspaper and in the public places as ordered. Evidence of written notices of the sale to defendants sent by certified mail, return receipt requested, as well as Affidavits thereto are in evidence and are being submitted to the Honorable Court.

3. On the date, hour and place for the first sale, to wit:

1

June 13, 2008, at 11:00 a.m., at the Humacao Judicial Center, Boulevard del Río, Humacao, Puerto Rico, at office of the Marshall of The Court of First Instance, said sale was held. Then and there appeared Janet Rodríguez Pena, Tax Technician of the Commonwealth of Puerto Rico Treasury Department, defendant Ruben Hernandez Casul his brother, Heriberto Hernández Casul appeared on their own behalf. Genaro A. Medina Rosario, Esq., appeared representing plaintiff. No other party appeared.

4. The property was offered for sale at the minimum amount set for this first public sale, to wit, $250,000.00. Plaintiff offered the amount of $470,000.00 against its judgment credit. No higher bids were made. Accordingly the property was adjudicated to that party for said amount against its judgement credit.

GIVEN at San Juan, Puerto Rico, this 30th day of June 2008.

CARLOS E. AGUILAR PEREZ, ESQ.
Special Master
P.O. Box 364563, San Juan
Puerto Rico, 00936-4563

Tel. (787) 759-7600
FAX (787) 758-7162