RECEIVED AND FILED
SEP -4 PM 1:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Small Business Administration), now Beal Service Corporation, servicing agent for LPP Mortgage, LTD<br><br>Plaintiff<br><br>Vs.<br><br>RUBEN HERNANDEZ CASUL, VIRGINIA HERNANDEZ DE LEON, and the LEGAL CONJUGAL PARTNERSHIP constituted by both, d/b/a Ebanistería Rubén<br><br>Defendants | CIVIL NO 98-1791 (PG)<br><br>Collection of Monies and Ordinary Foreclosure of Mortgage Note |

**ORDER**

Having examined plaintiff Beal Service Corporation, servicing agent for LPP Mortgage, LTD's Motion Requesting Issuance of Writ of Possession, the Judgment entered by the Court, the Order for Execution of Judgment dated December 19, 2006, and the language of Puerto Rico Rule of Civil Procedure ("PRRCP") 51.3, the Court finds that Plaintiff has the right to request a Writ of Possession in order that it be placed in physical possession of the sold property, evicting anyone in its possession.

In order for the U.S. Marshall or the Special Master to place Plaintiff in physical possession of the sold property, the Clerk of the Court shall issue a Writ of Possession authorizing the U.S. Marshal or the Special Master, either personally or by some person

-1-

designated by him to act in his name and by his authority, if necessary, to enter the property forcibly and evict any person or property located therein. Thus, the Court grants Plaintiff's motion and ORDERS that the Clerk of the Court issues a Writ of Possession authorizing the U.S. Marshal or the Special Master, either personally or by some person designated by him to act in his name and by his authority, if necessary, to enter the property forcibly and evict any person or property located therein.

In San Juan, Puerto Rico, this 3rd day of September 2008.

*[signature]*
UNITED STATES DISTRICT JUDGE