IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Small Business Administration), now Beal Service Corporation, servicing agent for LPP Mortgage, LTD<br><br>Plaintiff<br><br>Vs.<br><br>RUBEN HERNANDEZ CASUL, VIRGINIA HERNANDEZ DE LEON, and the LEGAL CONJUGAL PARTNERSHIP constituted by both, d/b/a Ebanistería Rubén<br><br>Defendants | CIVIL NO 98-1791 (PG)<br><br>Collection of Monies and Ordinary Foreclosure of Mortgage Note |

## REQUEST FOR CONFIRMATION OF SALE

**TO THE HONORABLE COURT**:

    **COMES NOW** Plaintiff, through the undersigned attorneys, and respectfully states and requests:

    As fully appears from the "Report of Special Master Upon Sale on Foreclosure" filed on August 22, 2008 along with the "Motion Requesting Issuance of Writ of Possession", and in accordance with the provisions of the Judgment entered in this case on September 16, 1998, he received bids for the property referred to in said Judgment at a public sale held on June 13, 2008, at 11:00 p.m., at the Humacao Judicial Center.

1

The highest bid made for the purchase of said property was made by Plaintiff. Pursuant to the terms and conditions of said Judgment, the sale needs to be confirmed by this Honorable Court.

**WHEREFORE**, it is respectfully requested from this Honorable Court that the sale made by the Special Master to Plaintiff, of the property referred to in the Judgment entered by this Court, be confirmed and approved.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, on September 19, 2008.

**I HEREBY CERTIFY,** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the attorneys of record.

**CARLOS R. SOSA PADRO LAW OFFICE**
PO Box 191682
San Juan PR 00919-1682
Tel: (787) 250-0081
Fax: (787) 250-0078
Email: crsplaw@prtc.net

S/Jenaro A. Medina Rosario

JENARO A. MEDINA ROSARIO
USDC-PR #214407