IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Small Business Administration), now Beal Service Corporation, servicing agent for LPP Mortgage, LTD<br><br>    Plaintiff<br><br>    Vs.<br><br>RUBEN HERNANDEZ CASUL, et als.<br><br>    Defendants | CIVIL NO 98-1791 (PG)<br><br><br>Collection of Monies and Ordinary Foreclosure of Mortgage Note |

**ORDER OF CONFIRMATION OF SALE**

The "Report of Special Master Upon Sale on Foreclosure" of the acts done by him under the provisions of the Judgment entered on September 16, 1998 is hereby APPROVED. Therefore, and upon motion filed by Plaintiff, the sale made in the sum of $470,000.00 to the Plaintiff by the Special Master, at the public sale held on June 13, 2008 of the property referred to in said Judgment, is hereby CONFIRMED. Consequently, the Special Master is directed to execute a deed of sale in favor of Plaintiff.

The bid made by Plaintiff is hereby ordered to be deducted from or credited to the amounts adjudged to be paid to the Plaintiff under the terms of said Judgment.

SO ORDERED.

In San Juan, Puerto Rico, this   day of September, 2008.

UNITED STATES DISTRICT JUDGE